UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOEL SMITH, et al,

       Plaintiffs,

No.: 5:13-cv-347-Oc-10PRL

-vs-

DEPUTY ANDY COX, et al,

       Defendants.
_____/

## NOTICE TO ADDITIONAL COUNSEL NOT REGISTERED FOR CASE MANAGEMENT AND ELECTRONIC CASE FILING (CM/ECF)

Upon review of this case, it appears that attorney TERRY CRAMER is not registered to participate in the Case Management and Electronic Case Filing ("CM/ECF") program of the Court. Further such attorney is listed as additional counsel for a party whose designated counsel is participating in the Court's Case Management and Electronic Case Filing.

Counsel is directed to the website located at www.uscourts.gov under "CM/ECF" where a password may be requested from the Court. Counsel is also encouraged to take the Tutorials offered on the website before using the CM/ECF system.

Therefore, thirty (30) days from the date of this Order TERRY CRAMER will no longer receive paper copies of Court filings in this case from the Court. In the event such attorney has registered to participate in CM/ECF, such additional counsel will continue to receive filings by the Court in the case, but such filings will be transmitted to counsel electronically.

                                      SHERYL L. LOESCH, CLERK

                                      *Maurya McSheehy*
                                  By:     Deputy Clerk

Date: July 19, 2013